UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:18-cv-2352 MCE DB PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| UNITED AIRLINES, INC., et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 30, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2019 (ECF No. 26) are ADOPTED in full;

///

2. Defendant's February 27, 2019 Motion to Dismiss (ECF No. 9) is GRANTED;

3. Plaintiff's November 5, 2018 first amended complaint (ECF No. 4) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE