UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GONZALO R. RUBANG, JR., | No. 2:18-CV-02352-MCE-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED AIRLINES, INC., et al., | |
| Defendants. | |

Plaintiff's Motion to Reopen Case (ECF No. 32) is DENIED.

IT IS SO ORDERED.

Dated: February 25, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE